**Wilbert B. WEST, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39444.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied
March 1, 1988.

Application to Transfer Denied
April 19, 1988.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for movant-appellant.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM:

Appeal from the denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).